FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*FILED
HARRISBURG, PA*
*JAN 04 2019*
*PER*
*DEPUTY CLERK*

(1) Fernandino Rodriguez-Colon #231262
    (Name of Plaintiff)      (Inmate Number)

York County Prison York PA 17402
    (Address)

(2)_____
    (Name of Plaintiff)      (Inmate Number)

_____
    (Address)

(Each named party must be numbered,
and all names must be printed or typed)

             vs.

(1) York County Prison

(2) Clair Doll Warden

(3) Adam OGle Deputy Warden
    (Names of Defendants)  Security Services

(Each named party must be numbered,
and all names must be printed or typed)

1:19-CV-030
    (Case Number)

CIVIL COMPLAINT

TO BE FILED UNDER: ~~42 U.S.C. § 1983 - STATE OFFICIALS~~

~~28 U.S.C. § 1331 - FEDERAL OFFICIALS~~ — This one

I.   PREVIOUS LAWSUITS

    A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

        _____

        _____

        _____

        _____

1

II.    **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution? ✗ Yes ___ No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims? ✗ Yes ___ No

C.    If your answer to "B" is Yes:

1.    What steps did you take? I wrote numerous grievances going up the chain of command.

2.    What was the result? They were all denied due to security reasons.

D.    If your answer to "B" is No, explain why not: _____

_____

III.    **DEFENDANTS**

(1)    Name of first defendant: York County Prison

Employed as _____ at _____
Mailing address: 3400 Concord Road York PA 17402
(2)    Name of second defendant: Clair Doll
Employed as Warden at York County Prison
Mailing address: 3400 Concord Road York PA 17402
(3)    Name of third defendant: Adam Ogle
Employed as Deputy Warden at York County Prison
Mailing address: 3400 Concord Road York PA 17402
(List any additional defendants, their employment, and addresses on extra sheets if necessary)

IV.    **STATEMENT OF CLAIM**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1.    I had a family member order me a "Federal Rule Criminal Procedure" book which was returned because of security reason involving

2

a statewide ban on inmate incoming mail.

2. The prison has yet to come up with a solution to the legal book matter. Legal book such as "Federal Rule Criminal Procedure can not be bought through Bam(Books-A-Millions.

3. Bookstore such as B.A.M. (Books-A-Million) can not stamped to legal books packages as legal. They have no Authorization.

V.    RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments, Cite no cases or statutes.)

1. I would like to sue the Prison for $50,000

2. I would like the Prison to come up with a better solution on obtaining legal books.

3. We would like more computer for the Prison law library.

3

I declare under penalty of perjury that the foregoing is true and correct.


Signed this __30th__ day of __December_____, 20 18.


_____
(Signature of Plaintiff)

4



# Memo

To:   All

From:   Valerie Conway, Deputy Warden of Centralized Services

Date:   December 11, 2018

Re:  Incoming Mail, Specifically Books and Magazines

---

All,

Effective today, December 11, 2018, inmates/detainees may once again receive **books and magazines** via mail. **All books and magazines must be ordered directly through Books-A-Million (BAM) and mailed directly to the prison's address (i.e. 3400 Concord Rd. York, PA 17042).** Books and magazines mailed from any other source will be automatically marked "Return to Sender" and returned to the sender.

<u>**Please keep in mind the following:**</u>

1. All incoming books and magazines must be new and accompanied by a packing slip indicating such.

2. All books and magazines must be paid for in advance.

3. Mail containing more than five (5) publications (i.e. books, magazines or a combination thereof) will be denied.

4. Mail containing books and/or magazines larger than 11"x13" and/or weighing more than 4 lbs. will be denied.

5. Mail containing books or magazines that do not pass the metal detector will be denied.

Please refer to the York County Prison Inmate Handbook for a complete listing of rules/regulations concerning incoming publications. Thank you.

1

"THIS CORRESPONDENCE ORIGINATES
FROM AN INMATE INSTITUTION"

HARRISBURG PA 121

02 JAN 2019 PM 4 L

RECEIVED
HARRISBURG, PA

JAN 0 4 2019

PER: _____
DEPUTY CLERK

Clerk of Courts
United States District Ct.
Ronald Reagan Fed. Bldg.
228 Walnut St
Harrisburg PA 17108

17108-258699